IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SHARON D. EPPES                                                                                    PLAINTIFF

v.                                    CASE NO. 5:18-CV-00026 BSM

NANCY A. BERRYHILL, Acting Commissioner
Social Security Administration                                                                DEFENDANT

## ORDER

The recommended disposition [Doc. No. 15] filed by United States Magistrate Judge Jerome T. Kearney has been received. No objections have been filed. After careful review of the record, the recommended disposition is hereby adopted in its entirety. Accordingly, the Commissioner's decision is reversed and remanded for an immediate award of benefits with an onset date of February 22, 2016.

IT IS SO ORDERED this 1st day of October 2018.

_____
UNITED STATES DISTRICT JUDGE