# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

SHARON D. EPPES                                                                    PLAINTIFF

v.                          CASE NO. 5:18-CV-00026 BSM

NANCY A. BERRYHILL, Acting Commissioner
Social Security Administration                                                     DEFENDANT

## JUDGMENT

Consistent with the order entered on this day, this case is reversed and remanded for an immediate award of benefits with an onset date of February 22, 2016.

IT IS SO ORDERED this 1st day of October 2018.

_____
UNITED STATES DISTRICT JUDGE